ACCEPTED
14-14-00859-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/10/2015 1:19:35 PM
CHRISTOPHER PRINE
CLERK

# THOMPSON COE

Thompson, Coe, Cousins & Irons, L.L.P.
Attorneys and Counselors

Andrew L. Johnson
Direct Dial: (713) 403-8205
ajohnson@thompsoncoe.com

**BOARD CERTIFIED**
Texas Board of Legal Specialization
CIVIL APPELLATE LAW

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS Austin
12/10/2015 1:19:35 PM Dallas
Houston
CHRISTOPHER A. PRINE
Los Angeles
Clerk
Saint Paul

December 10, 2015

Christopher A. Prine, Clerk
Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

> Re: No. 14-14-00859-CV; *American Risk Insurance Company, Inc. v. Veronica Serpikova;* In the Court of Appeals for the Fourteenth District of Texas, Houston
> Trial Court No.: 2013-14955

Dear Mr. Prine:

This correspondence is to advise the Court and Appellee that Andrew L. Johnson will present oral argument on behalf of Appellant American Risk Insurance on Tuesday, December 15, 2015. This is a change from Appellant's earlier letter indicating that Kevin F. Risley will present oral argument.

Thank you.

Sincerely,

*/s/ Andrew L. Johnson*

Andrew L. Johnson